# UNITED STATES DISTRICT COURT

For the
DISTRICT OF NEVADA

| | |
|---|---|
| KASHYAP P. PATEL, individually and on behalf of the KASH FOUNDATION, INC; THE KASH FOUNDATION, a Virginia Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>JIM STEWARTSON, an individual,<br><br>       Defendant. | **Case No.:** |

**SUMMONS IN A CIVIL ACTION**

**TO:**    **JIM STEWARTSON**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2)or (3)- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CHATTAH LAW GROUP**
**5875 S. RAINBOW BLVD. #203**
**LAS VEGAS, NV 89118**
**TEL: (702) 360-6200**
**FAX: (702) 643-6292**
**[CHATTAHLAW@GMAIL.COM](mailto:CHATTAHLAW@GMAIL.COM)**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must filed your answer or motion with the Court.

*CLERK OF COURT*

Date: _____                _____

                                                                             *Signature of Clerk or Deputy Clerk*