# UNITED STATES DISTRICT COURT

For the
DISTRICT OF NEVADA

| | |
|---|---|
| KASHYAP P. PATEL, individually and on behalf of the KASH FOUNDATION, INC; THE KASH FOUNDATION, a Virginia Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JIM STEWARTSON, an individual,<br><br>    Defendant. | Case No.: 2:23-cv-00873-APG-NJK |

**SUMMONS IN A CIVIL ACTION**

**TO:    JIM STEWARTSON**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2)or (3)- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CHATTAH LAW GROUP**
**5875 S. RAINBOW BLVD.  #203**
**LAS VEGAS, NV 89118**
**TEL: (702) 360-6200**
**FAX: (702) 643-6292**
**CHATTAHLAW@GMAIL.COM**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must filed your answer or motion with the Court.

DEBRA K. KEMPI
CLERK
(By) DEPUTY CLERK

June 7, 2023
DATE