# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KASHYAP P. PATEL and KASH FOUNDATION INC., <br><br> Plaintiffs <br><br> v. <br><br> JIM STEWARTSON, <br><br> Defendant | Case No.: 2:23-cv-00873-APG-NJK <br><br> **Order** |

I ORDER that the plaintiffs' certificate of interested parties (ECF No. 4) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of the plaintiffs as required by the recent amendment to that rule.

I FURTHER ORDER the plaintiffs to file a proper certificate of interested parties by June 23, 2023.

DATED this 12th day of June, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE