# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KASHYAP P. PATEL and KASH FOUNDATION INC., <br><br>  Plaintiffs <br><br> v. <br><br> JIM STEWARTSON, <br><br>  Defendant | Case No.: 2:23-cv-00873-APG-NJK <br><br> **Order** |

I previously struck the plaintiffs' certificate of interested parties because it did not comply with Federal Rule of Civil Procedure 7.1(a)(2). The plaintiffs filed another certificate, but it still does not comply with that rule because it does not identify the citizenship of the plaintiffs as required by the recent amendment to that rule. I urge plaintiffs' counsel to read the rule carefully, as it was amended six months ago.

I THEREFORE ORDER that the plaintiffs' certificate of interested parties (ECF No. 11) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).

I FURTHER ORDER the plaintiffs to file a proper certificate of interested parties by June 23, 2023.

DATED this 14th day of June, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE