**CERT**
SIGAL CHATTAH, ESQ.
NV Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #204
Las Vegas, Nevada 89118
(702) 360-6200
(702) 643-6292
Chattahlaw@gmail.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KASHYAP P. PATEL, individually and on behalf of the KASH FOUNDATION, INC., the KASH FOUNDATION, INC. an Idaho Corporation.<br><br>    Plaintiffs,<br>v.<br><br>JIM STEWARTSON, an individual,<br><br>    Defendant. | Case No.  2:23-cv-00873<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>**LR 7-1.1** |

**CERTIFICATE OF INTERESTED PARTIES**

The undersigned, counsel of record SIGAL CHATTAH, ESQ. of the CHATTAH LAW GROUP, certifies that the following Plaintiffs may have a direct, pecuniary interest in the outcome of this case for relief, damages and other remedies against all Defendant.

KASHYAP P. PATEL,             Plaintiff-     A Nevada Resident

THE KASH FOUNDATION, INC., Plaintiff –   An Idaho Corporation

JIM STEWARTSON,                 Defendant-   A  California Resident

-1-

The Board of Directors for the KASH FOUNDATION, INC. include the following individuals:

    Kashyap P. Patel    - President & Board Member

    Jesse Binnall    - Board Member

    Andrew Ollis    - Vice President & Board Member

    William A. Onofry, Esq.    -Board Member

The undersigned, attorney of record for Plaintiffs, certifies that the following may have a direct, pecuniary interest in the outcome of this case. There are no other Corporate Parents or Corporate Affiliates to this case. These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated this 15th day of June, 2023.

                            Respectfully submitted:

                            CHATTAH LAW GROUP

*/S/ Sigal Chattah*
SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Bl., Ste. 204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Attorney for Plaintiffs