AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:23-CV-00873-APG-NJK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **JIM STEWARTSON**
was recieved by me on **6/15/2023:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Moved** after attempting service at **1526 Steinhart Avenue, Redondo Beach, CA 90278**; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  06/19/2023

*Server's signature*

**Kimmeoashay Daniels**
*Printed name and title*

10250 beech blvd
226
Stanton, CA 90680

*Server's address*

Additional information regarding attempted service, etc:

**6/19/2023 6:21 PM: I spoke with an individual who identified themselves as the resident and they stated subject moved. I spoke with a neighbor who says not resident.  Resident slammed door close**




Tracking #: 0108799103