AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **2:23-CV-00873-APG-NJK**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **JIM STEWARTSON**
was recieved by me on  **7/15/2023:**

☐      I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐      I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐      I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name
of  organization)*; or

☒      I returned the summons unexecuted because **Vacant** after attempting service at **1450 3RD ST, MANHATTAN BEACH,
CA 90266**; or

☐      Other *(specify)*


My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.


Date:  07/27/2023

_____
*Server's signature*

**Tom Collins**
*Printed name and title*

**316 W 2nd St.**
**3rd Floor**
**Los Angeles, CA 90012**

_____
*Server's address*


Additional information regarding attempted service, etc:

**7/15/2023 9:49 AM: There was no answer at the address.**
**7/17/2023 11:30 AM: There was no answer at the address.**
**7/22/2023 2:35 PM: The property appeared vacant.**
**7/25/2023 10:59 AM: The property appeared vacant which was supported by empty inside.**





Tracking #: **0110899734**