## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

Kashyap P. Patel, individually and on behalf of the Kash Foundation, Inc., et al.

**Plaintiff(s)**

Case No.: 2:23-cv-00873-APG-NJK

*vs.*

**Jim Stewartson**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Carlos Canas, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint in the above entitled case.

That on 10/07/2023 at 10:28 AM, I served Jim Stewartson at 1526 Steinhart Avenue, Redondo Beach, California 90278 with the Summons, Civil Cover Sheet, and Complaint by serving John Doe, housemate of Jim Stewartson, a person of suitable age and discretion, who stated that he/she resides therein with Jim Stewartson.

John Doe is described herein as:

Gender: Male   Race/Skin: White   Age: 30s   Weight: 250   Height: 6'0"   Hair: Black   Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

_10/11/23_
Executed On

Carlos Canas

Client Ref Number: 00587
Job #: 1624619

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT

For the
DISTRICT OF NEVADA

| | |
|---|---|
| KASHYAP P. PATEL, individually and on behalf of the KASH FOUNDATION, INC; THE KASH FOUNDATION, a Virginia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JIM STEWARTSON, an individual,<br><br>Defendant. | Case No.: 2:23-cv-00873-APG-NJK |

**SUMMONS IN A CIVIL ACTION**

**TO:   JIM STEWARTSON**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2)or (3)- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CHATTAH LAW GROUP**
**5875 S. RAINBOW BLVD. #203**
**LAS VEGAS, NV 89118**
**TEL: (702) 360-6200**
**FAX: (702) 643-6292**
**CHATTAHLAW@GMAIL.COM**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must filed your answer or motion with the Court.

DEBRA K. KEMPI
CLERK

(By) DEPUTY CLERK

June 7, 2023
DATE