SIGAL CHATTAH, ESQ.
NV Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #204
Las Vegas, Nevada 89118
(702) 360-6200
(702) 643-6292
Chattahlaw@gmail.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KASHYAP P. PATEL, individually and on behalf of the KASH FOUNDATION, INC., the KASH FOUNDATION, INC. an Idaho Corporation.<br><br>　　　　　Plaintiffs,<br>v.<br><br>JIM STEWARTSON, an individual,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00873<br><br>**AFFIDAVIT IN SUPPORT OF DEFAULT** |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

　　**I,** SIGAL CHATTAH, hereby declare under penalty of perjury, pursuant to 28 U.S.C §1746(2) that the following statements are true and correct:

1. That I am the attorney for Plaintiffs KASHYAP P. PATEL and the KASH FOUNDATION, INC.

-1-

2. I hereby make application to the Clerk of this Court for entry of default as to Defendant JIM STEWARTSON, pursuant to Rule 55(a) Federal Rules of Civil Procedure and in support of this application do show that:

(a) The Defendant was personally served on October 7, 2023, with copies of Plaintiffs' Summons and Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure;

(b) Upon Plaintiffs' information and belief, the Defendant, being a California resident, is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C App. §520;

(c) That Defendant has neither answered nor otherwise responded formally to Plaintiffs' Summons and Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired.

(d) Copies of this Affidavit have this date been served upon the defendant by regular mail, postage prepaid.

Dated this 31st day of October, 2023.

/S/ Sigal Chattah
SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Bl., Ste. 204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Attorney for Plaintiffs