SIGAL CHATTAH, ESQ.
NV Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #204
Las Vegas, Nevada 89118
(702) 360-6200
(702) 643-6292
Chattahlaw@gmail.com
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| KASHYAP P. PATEL, individually and on behalf of the KASH FOUNDATION, INC., the KASH FOUNDATION, INC. an Idaho Corporation.<br><br>Plaintiffs,<br>v.<br>JIM STEWARTSON, an individual,<br><br>Defendant. | Case No.  2:23-cv-00873<br><br>**DEFAULT**<br><br>**LR 77-1(b)(2)** |

## **DEFAULT**

It appearing from the records in the above-entitled action that Summons issued on the Complaint dated June 5, 2023, has been regularly served upon each of the Defendants hereinafter named; and it appearing from the Affidavit of counsel the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure, Now, therefore, on request of counsel for

Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants in the above-entitled action is hereby entered.

                                      DEBRA K. KEMPI, CLERK

                                      _____
                                      By: Deputy Clerk

Dated this 31st day of October, 2023.

                                      Respectfully submitted:

                                      CHATTAH LAW GROUP

                                      */S/ Sigal Chattah*
                                      SIGAL CHATTAH, ESQ.
                                      Nevada Bar No.: 8264
                                      CHATTAH LAW GROUP
                                      5875 S. Rainbow Bl., Ste. 204
                                      Las Vegas, Nevada 89118
                                      Tel: (702) 360-6200
                                      Attorney for Plaintiffs