UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Patel, et al., )
)
)
Plaintiff(s), )
vs. )      Case # 2:23-cv-00873-APG-NJK
)
)
)
)      **DEFAULT**
Jim Stewartson, )
)
)
Defendant(s). )
)

It appearing from the records in the above-entitled action that Summons issued on the ___Original___ Complaint ___6/5/2023___
(Original, Amended, etc)          (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants ___Jim Stewartson___

in the above-entitled action is hereby entered.

DATED: ___December 22, 2023___

DEBRA K. KEMPI, CLERK

By: /s/ E. Smith
Deputy Clerk