# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KASHYAP P. PATEL, et al.,

　　　　　　Plaintiff(s),

vs.

JIM STEWARTSON, an individual

　　　　　　Defendant(s).

Case #2:23-cv-00873-APG-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jason Caldwell Greaves_____, Petitioner, respectfully represents to the Court:
　　　　(name of petitioner)

1.　　That Petitioner is an attorney at law and a member of the law firm of

_____Binnall Law Group_____
　　　　　　　　　　　　　　(firm name)

with offices at _____717 King Street, Suite 200_____,
　　　　　　　　　　　　　　　(street address)

___Alexandria___, ___Virginia___ ⊙ , ___22314___ ,
　(city)　　　　　　(state)　　　　　　　(zip code)

___(703) 888 - 1943___ , ___jason@binnall.com___ .
(area code + telephone number)　　(Email address)

2.　　That Petitioner has been retained personally or as a member of the law firm by

___KASHYAP P. PATEL, et al.,___ to provide legal representation in connection with
　　　[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 10/31/2013 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Virginia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| 4th Circuit, U.S. Court of Appeals | 04/01/2014 | |
| 5th Circuit, U.S. Court of Appeals | 03/09/2022 | |
| Eastern District of Virginia | 03/28/2014 | 86164 |
| Western District of Virginia | 03/09/2018 | 86164 |
| Eastern District of Texas | 03/04/2022 | 24124953 |
| Western District of Texas | 05/09/2022 | 24124953 |
| Attached | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

Fairfax Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Virginia         )
COUNTY OF alexandria     )

Jason Greaves, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

17 day of July, 2024.

_____
Notary Public or Clerk of Court

MARY GRACE CURREY
NOTARY PUBLIC
REGISTRATION #8080953
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
JUNE 30, 2028

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Sigal Chattah, Esq.___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

5875 S. Rainbow Blvd. #204
(street address)

Las Vegas, Nevada, 89118
(city)      (state)     (zip code)

(702) 360-6200,     chattahlaw@gmail.com
(area code + telephone number)     (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Sigal Chattah, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Sigal Chattah, Esq.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

NV Bar: #8264         chattahlaw@gmail.com
Bar number            Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## Jason Greaves

Virginia Bar – 12/4/2013
Texas State Bar – 9/24/2021
DC – 8/8/2016
Maryland Bar – 10/17/2023

| Court | Period of Admission | Bar No. |
|---|---|---|
| U.S. Court of Appeals for the DC Circuit | 11/3/2021 | DC Court of Appeals 63336 |
| US District Court for the District of Columbia | 05/03/2021 | DC 1033617 |
| N.D. Tx. | 09/06/2023 | TX 24124953 |
| Texas State Courts | 09/24/2021 | TX 24124953 |
| District of Columbia | 08/08/2016 | DC 1033617 |
| Maryland State Courts | 10/17/2023 | MD 2310170002 |
| U.S. Bankruptcy Court for E.D. Va. | 07/14/2015 | VA 86164 |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Jason Caldwell Greaves

was duly qualified and admitted on August 8, 2016 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 16, 2024.

*JULIO A. CASTILLO*
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jason Caldwell Greaves**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 24th day of September, 2021.

I further certify that the records of this office show that, as of this date

**Jason Caldwell Greaves**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 16th day of April, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 3335C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# Supreme Court of Maryland

**Annapolis, MD**



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

    I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the seventeenth day of October, 2023,

### *Jason Caldwell Greaves*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the fifteenth day of June, 2024.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this sixteenth day of April, 2024.

*Gregory Hilton*

Clerk of the Supreme Court of Maryland

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Jason Caldwell Greaves

was admitted to practice as an attorney and counsellor at the bar of this Court on December 4, 2013.

I further certify that so far as the records of this office are concerned, Jason Caldwell Greaves is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 11th day of April
A.D. 2024

By: _____
Deputy Clerk