**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KASHYAP P. PATEL, et al., | Case #2:23-cv-00873-APG-NJK |
| Plaintiff(s), | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. | |
| JIM STEWARTSON, an individual | |
| Defendant(s). | FILING FEE IS $250.00 |

_____Jared Joseph Robers_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Binnall Law Group_____
(firm name)

with offices at _____717 King Street, Suite 200_____,
(street address)

___Alexandria___, ___Virginia___, ___22314___,
(city)          (state)          (zip code)

___(703) 888 - 1943___, ___jared@binnall.com___ .
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___KASHYAP P. PATEL, et al.,___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 10/15/2021 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Virginia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| 11th Circuit, U.S. Court of Appeals | 10/17/2022 | |
| Western District of Virginia | 05/25/2022 | 97192 |
| Eastern District of Virginia | 04/12/2022 | 97192 |
| Florida State Courts | 10/15/2022 | 1036550 |
| Northern District of Florida | 05/27/2022 | 1036550 |
| Southern District of Florida | 08/16/2022 | 1036550 |
| Middle District of Florida | 05/27/2022 | 1036550 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

Virginia Bar Association and Florida Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Jared Roberts*
Petitioner's signature

STATE OF Virginia )
COUNTY OF alexandria )

Jared J. Roberts , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Jared Roberts*
Petitioner's signature

Subscribed and sworn to before me this

17 day of July , 2024 .

_____
Notary Public or Clerk of Court

MARY GRACE CURREY
NOTARY PUBLIC
REGISTRATION # 8080953
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
JUNE 30, 2028

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Sigal Chattah, Esq. , (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

5875 S. Rainbow Blvd. #204
(street address)

Las Vegas , Nevada , 89118 ,
(city)         (state)         (zip code)

(702) 360-6200 , chattahlaw@gmail.com .
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Sigal Chattah, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Sigal Chattah, Esq.
(type or print party name, title)

_____
(party's signature)

Kshxy Patel
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

NV Bar: #8264              chattahlaw@gmail.com
Bar number                 Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

### Jared Joseph Roberts

was admitted to practice as an attorney and counsellor at the bar of this Court on December 8, 2021.

I further certify that so far as the records of this office are concerned, Jared Joseph Roberts is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 2nd day of April A.D. 2024

By: _____
Deputy Clerk

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### JARED JOSEPH ROBERTS

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on MAY 18, 2022, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this APRIL 1, 2024.

_____
Clerk of the Supreme Court of Florida