# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KASHYAP PATEL and THE KASH FOUNDATION, INC., <br><br> Plaintiffs <br><br> v. <br><br> JIM STEWARTSON, <br><br> Defendant | Case No.: 2:23-cv-00873-APG-NJK <br><br> **Order to Show Cause Why This Case Should Not Be Dismissed for Failure to Prosecute** |

The plaintiffs have taken no action to prosecute this case since obtaining a clerk's entry of default in December 2023. ECF No. 21.

I THEREFORE ORDER that the plaintiffs shall show cause why this case should not be dismissed for failure to prosecute. Failure to respond to this order by March 20, 2025 will result in this case being dismissed without prejudice.

DATED this 4th day of March, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE