**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KASHYAP PATEL and THE KASH FOUNDATION, INC., <br><br> Plaintiffs <br><br> v. <br><br> JIM STEWARTSON, <br><br> Defendant | Case No.: 2:23-cv-00873-APG-NJK <br><br> **Order** |

The plaintiffs filed a motion for default judgment that references an exhibit B. However, the exhibit is not attached to the motion.

I THEREFORE ORDER the plaintiffs to file exhibit B to their motion for default judgment by March 26, 2025.

DATED this 20th day of March, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE