SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax:(702) 643-6292
Chattahlaw@gmail.com
Attorney for Plaintiff

JASON C. GREAVES, ESQ. (*pro hac vice*)
JARED J. ROBERTS, ESQ. (*pro hac vice*)
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
jared@binnall.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KASHYAP P. PATEL, individually and on behalf of the KASH FOUNDATION, INC., the KASH FOUNDATION, INC. an Idaho Corporation. | Case No. 2:23-cv-00873-APG-NJK |
| Plaintiffs, | |
| v. | |
| JIM STEWARTSON, an individual, | MOTION TO WITHDRAW AND ORDER |
| Defendant. | |

## PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The undersigned counsel hereby moves to Withdraw as Counsel for Plaintiff. This motion is made and based upon the Memorandum of Points and Authorities submitted herein, the

Declaration of Sigal Chattah, Esq., attached hereto, the pleadings and papers on file and any argument adduced at the hearing of this Motion to Withdraw as Counsel for Plaintiff.

### MEMORANDUM OF POINTS AND AUTHORITIES

On March 27, 2025, undersigned Counsel received an appointment to serve as Interim United States Attorney by United States Attorney General Pam Bondi and President of the United States Donald J. Trump.

Local Rule IA 11-06 (a) allows for an attorney to withdraw with leave of court after notice of the intent to withdraw is served. Counsel has notified Plaintiff that she is withdrawing from representing her client, Plaintiff, and is seeking withdrawal by motion.

Local Rule IA 11-06 (e) provides that, except for good cause, withdrawal will not be granted if a delay in discovery, the trial or any hearing will result.

Plaintiff' is in agreement that Counsel withdraw from this case. Further, Plaintiff has additional Counsel on this matter, to wit , Jason C. Greaves, Esq. and Jared J. Roberts, Esq. and will not be affected by this withdrawal. All pending litigation will proceed in ordinary course with Co-Counsel as planned.

Attached is the Declaration of Counsel setting forth that in her belief it is in the best interests of Counsel and Plaintiff that Counsel's motion be granted.

Dated this __31st_ day of March, 2025.

CHATTAH LAW GROUP

_/s/ Sigal Chattah_ _____
SIGAL CHATTAH, ESQ.
Nevada Bar No. 6264
5875 S. Rainbow Blvd., #204
Las Vegas, NV  89118
T: (702) 360-6200
 F: (702) 643-6292
 Attorney for Plaintiff

1

## <u>ORDER</u>

2    IT IS THEREFORE ORDERED that Counsel be allowed to withdraw as Counsel of record, for

3    Plaintiff KASHYAP P. PATEL ET AL.

4    IT IS SO ORDERED

5    _____

6    Dated: April 1, 2025    Nancy J. Koppe
                            United States Magistrate Judge

7

8    New associated local co-counsel must file a notice of appearance by May 1, 2025.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25