ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:   (702) 362-2060
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KASHYAP P. PATEL, individually and on behalf of the KASH FOUNDATION, INC., the KASH FOUNDATION, INC. an Idaho Corporation,<br><br>　　　　Plaintiffs,<br>vs.<br>JIM STEWARTSON, an individual,<br><br>　　　　Defendant. | CASE NO.:   2:23-cv-00873-APG-NJK |

### **NOTICE OF APPEARANCE**

Notice is hereby provided to the Court and respective parties to this action that ADAM R. FULTON, ESQ. of the law office of JENNINGS & FULTON, LTD., will appear in this matter to represent the interests of Plaintiffs, KASHYAP P. PATEL and KASH FOUNDATION, INC.

DATED: May 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　**JENNINGS & FULTON, LTD.**

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Adam R. Fulton, Esq.*　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　ADAM R. FULTON, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 11572
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

-1-