ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KASHYAP P. PATEL, individually and on behalf of the KASH FOUNDATION, INC., the KASH FOUNDATION, INC. an Idaho Corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>JIM STEWARTSON, an individual,<br><br>    Defendants. | Case No.: 2:23-cv-00873-APG-NJK |

## **CERTIFICATE OF INTERESTED PARTIES**

Pursuant to FRCP 7.1 and LR 7.1-1(b), Plaintiffs, KASHYAP P. PATEL and KASH FOUNDATION, INC., by and through their attorneys of record, ADAM R. FULTON, ESQ. of the law firm of JENNINGS & FULTON, LTD., hereby certifies that there are no known interested parties other than those participating in the case.

DATED: May 1st, 2025                                **JENNINGS & FULTON, LTD.**

                                                                    */s/ Adam R. Fulton, Esq.* _____
                                                                    ADAM R. FULTON, ESQ.
                                                                    Nevada Bar No. 11572
                                                                    *Attorneys for Plaintiffs*

-1-