AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Kashyap Patel and The Kash Foundation, Inc.,

              Plaintiffs,

    v.

Jim Stewartson,

              Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00873-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Plaintiffs, Kashyap Patel and The Kash Foundation, Inc., and against Defendant, Jim Stewartson, in the following amounts:

Kashyap Patel: $100,000 in compensatory damages and $100,000 in punitive damages

The Kash Foundation, Inc. $25,000 in compensatory damages and $25,000 in punitive damages.

08/05/2025
Date

DEBRA K. KEMPI
Clerk

/s/ RJDG
Deputy Clerk