MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Defendant Jim Stewartson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KASHYAP P. PATEL, individually and on behalf of the KASH FOUNDATION, INC., the KASH FOUNDATION, INC. an Idaho Corporation,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>JIM STEWARTSON, an individual,<br><br>　　　　Defendant. | Case. No.: 2:23-cv-873-APG-NJK<br><br>**NOTICE OF APPEARANCE** |

TO: THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Margaret A. McLetchie and Leo S. Wolpert of McLetchie Law Group, PLLC are hereby entering an appearance on behalf of Defendant JIM STEWARTSON.

Please serve all notices, pleadings, and papers on the undersigned counsel.

DATED this 10th day of September, 2025.

　　　　　　　　　　　　　　*/s/ Leo S. Wolpert*
　　　　　　　　　　　　　　MARGARET A. MCLETCHIE, Nevada Bar No. 10931
　　　　　　　　　　　　　　LEO S. WOLPERT, Nevada Bar No. 12658
　　　　　　　　　　　　　　**MCLETCHIE LAW**
　　　　　　　　　　　　　　602 South Tenth Street
　　　　　　　　　　　　　　Las Vegas, Nevada 89101
　　　　　　　　　　　　　　Telephone: (702) 728-5300; Fax: (702) 425-8220
　　　　　　　　　　　　　　Email: maggie@nvlitigation.com
　　　　　　　　　　　　　　Email: leo@nvlitigation.com
　　　　　　　　　　　　　　Email: EFile@nvlitigation.com
　　　　　　　　　　　　　　*Counsel for Defendant Jim Stewartson*