MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Defendant Jim Stewartson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KASHYAP P. PATEL, individually and on behalf of the KASH FOUNDATION, INC., the KASH FOUNDATION, INC. an Idaho Corporation,<br>    Plaintiffs,<br>      vs.<br>JIM STEWARTSON, an individual,<br>    Defendant. | Case. No.: 2:23-cv-873-APG-NJK<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** |

In accordance with Fed. R. Civ. P. 71 and LR 7.1-1, the undersigned counsel of record for Plaintiff JIM STEWARTSON certifies that there are no known interested parties other than those participating in this case.

DATED this 15th day of September, 2025.

*/s/ Leo S. Wolpert*
MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
Email: leo@nvlitigation.com
Email: EFile@nvlitigation.com
*Counsel for Defendant Jim Stewartson*

i