UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KASHYAP PATEL, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>JIM STEWARTSON,<br><br>    Defendant | Case No.: 2:23-cv-00873-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

    I ORDER that defendant Jim Stewartson's certificate of interested parties (ECF No. 45) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the defendant's citizenship as required by that rule.

    I FURTHER ORDER the defendant to file a proper certificate of interested parties by September 30, 2025.

    DATED this 17th day of September, 2025.

                                                     _____<br>
                                                     ANDREW P. GORDON<br>
                                                     CHIEF UNITED STATES DISTRICT JUDGE