ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, Nevada 89146
Telephone: (702) 979-3565
Facsimile:   (702) 362-2060
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KASHYAP P. PATEL, individually and on behalf of the KASH FOUNDATION, INC., the KASH FOUNDATION, INC. an Idaho Corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>JIM STEWARTSON, an individual,<br><br>    Defendant. | CASE NO.:   2:23-cv-00873-APG-NJK |

**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES REGARDING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE PROCESS AND MOTION TO SET ASIDE DEFAULT JUDGMENT**

**(First Request)**

IT IS HEREBY STIPULATED by and between Plaintiffs KASHYAP P. PATEL, individually and on behalf of the KASH FOUNDATION, INC., and the KASH FOUNDATION, INC. by and through their attorney of record, ADAM R. FULTON, ESQ. of the law firm of JENNINGS & FULTON, LTD. and Defendant JIM STEWARTSON, by and through his attorney, MARGARET A. MCLETCHIE of the law firm MCLETCHIE LAW, to continue the briefing deadlines regarding Defendant's Motion to Dismiss for lack of personal jurisdiction and failure to serve process and motion to set aside default judgment ("Defendant's Motion"). This request is made pursuant to **LR IA 6-1.**

-1-

Plaintiff's counsel was out of the office for two weeks and due to scheduling conflicts requires additional time to prepare the Opposition to Defendant's Motion. The parties agree that Plaintiff's Opposition to Defendant's Motion is due October 3, 2025. Defendant's counsel also has some scheduling conflicts in October and requires additional time to file the Reply. The Parties agree that Defendant's Reply will be due on October 30, 2025. The instant stipulation is submitted in good faith in order to fully brief and adjudicate the Motion and not for the purpose of undue delay.

Dated: September 18th, 2025

**JENNINGS & FULTON, LTD.**

  /s/ *Adam R. Fulton, Esq.*  
Adam R. Fulton, Esq.
Nevada Bar No. 11572
afulton@jfnvlaw.com
2580 Sorrel Street
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

Dated: September 18th, 2025

**MCLETCHIE LAW**

   /s/ *Margaret A. McLetchie, Esq.*  
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Dated: September 19, 2025