MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Defendant Jim Stewartson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KASHYAP P. PATEL, individually and on behalf of the KASH FOUNDATION, INC., the KASH FOUNDATION, INC. an Idaho Corporation,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JIM STEWARTSON, an individual,<br><br>    Defendant. | Case. No.: 2:23-cv-873-APG-NJK<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** |

In accordance with Fed. R. Civ. P. 71 and LR 7.1-1, the undersigned counsel of record for Defendant JIM STEWARTSON, a citizen of the State of California, certifies that there are no known interested parties other than those participating in this case.

DATED this 30th day of September, 2025.

*/s/ Leo S. Wolpert*
MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
Email: leo@nvlitigation.com
Email: EFile@nvlitigation.com
*Counsel for Defendant Jim Stewartson*

i