# Patel *et al.* v. Stewartson

Case No.: 2:23-cv-873-APG-NJK

# Exhibits

# Index

Exhibit A………………………………………………………1

Exhibit B……………………………………………………..3

Exhibit C……………………………………………………..5

Exhibit D……………………………………………………..7

Exhibit E……………………………………………………..9

Exhibit F……………………………………………………11

Exhibit G……………………………………………………13

# Exhibit A

# Post from June 15, 2023

**Jim Stewartson, Antifascist** 🇨🇦🇺🇦🏴󠁧󠁢󠁳󠁣󠁴󠁿🇺🇸 
@jimstewartson

Kash Patel is attempting to sue me in Nevada for, among other things, referring to him as a "chud."

It's not going very well so far. Hard to imagine why.




**Jim Stewartson, Antifascist**  ... ✓  @jimstewarts...  · Jan 20, 2023
Replying to @jimstewartson

Here's Kremlin asset and common-ass 4chan chud Kash Patel who has been running ops for Rudy Giuliani, Devin Nunes and Mike Flynn since 2016.

He would be less interesting had he not been the fucking Chief of Staff at the ...



12:23 PM · Jun 15, 2023 · **141.6K** Views

2

# Exhibit B

# Post from May 9, 2025

**Jim Stewartson, Antifascist** 🇨🇦🇺🇸🏴‍☠️🇺🇸 ✓
@jimstewartson

Since @FBIDirectorKash Patel is getting so much attention for being an incompetent asshole, I feel it's my responsibility to let people know once again that he is, in fact, a chud, along with all this other stuff I said.



**Jim Stewartson, Antifascist** 🇨🇦🇺🇸🏴‍☠️🇺🇸 ✓ @jimstewartson · May 8

Kash Patel is a Russian asset who was installed at the Pentagon after Trump lost in order to help overthrow the government. He helped ensure the National Guard could not be deployed on J6.

Kash Patel is a stone cold traitor. x.com/atrupar/status...

12:12 PM · May 9, 2025 · **6,064** Views

4

# Exhibit C

# Post from June 30, 2025



**Jim Stewartson, Antifascist** 🇨🇦🇺🇦☠️🇺🇸 ✓
@jimstewartson

Thank you, David. From the bottom of my heart.
Kash Patel is a professional liar and a paid operative of foreign governments.

> KASHYAP P. PATEL, individually and on behalf of the KASH FOUNDATION, INC., the KASH FOUNDATION, INC. an Idaho Corporation.
>
> Plaintiffs,
>
> v.
>
> JIM STEWARTSON, an individual,
>
> Defendant.

12:22 PM · Jun 30, 2025 · **7,207** Views

6

# Exhibit D

# Post from March 1, 2024



# Exhibit E

# Post from August 23, 2021


**Jim Stewartson, Antifascist** 🇨🇦🇺🇦🏴‍☠️🇺🇸 ✓
@jimstewartson

Hey @CaesarsEnt @CaesarsPalace what the absolute fuck are you doing? Do you really want thousands of violent white supremacist cultists running around your casino?

Do you have any idea what you are enabling?
I'm going to make a project out of making sure you understand.



**Nancy Levine Stearns** @nancylevine · Aug 23, 2021
Hey Caesars Entertainment @CaesarsEnt Hosting QAnon is not OK. Group led #Jan6 insurrection at the U.S. Capitol.

FBI considers #QAnon a #DomesticTerrorist threat. @Forbes
...

11:41 AM · Aug 23, 2021

💬 17    🔁 101    ♡ 155    🔖 4    ⬆

10

# Exhibit F

# Post from May 18, 2023



# Exhibit G

# Post from July 18, 2023

