AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Kashyap P. Patel et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:23-cv-873-APG-NJK |
| Jim Stewartson ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Kashyap P. Patel and Kash Foundation, Inc.                                    .

Date:   10/03/2025

/s/ Jason C. Greaves
*Attorney's signature*

Jason C. Greaves (pro hac vice)
*Printed name and bar number*
(Virginia Bar No. 86164)
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, VA 22314
*Address*

jason@binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*