**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA – LAS VEGAS DIVISION**

| | |
|---|---|
| KASHYAP PATEL *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 2:23-cv-873-APG-NJK |
| JIM STEWARTSON, | ) **DECLARATION OF PLAINTIFFS'** |
| | ) **ATTORNEY REGARDING COSTS AND** |
| Defendant. | ) **FEES INCURRED BY DEFENDANT'S** |
| | ) **DEFAULT** |

I, Jared J. Roberts, hereby declare as follows:

1.    I am a Senior Associate at the Binnall Law Group, PLLC, and am counsel of record for Plaintiffs in the above-captioned matter and have knowledge of the facts in this matter.

2.    I submit this declaration in support of Plaintiffs' attorney's fees incurred in connection with post-judgment collection efforts and in opposing Defendant's Motion to Set Aside the Default Judgment and Motion to Dismiss.

3.    On August 5, 2025, this Court entered default judgment in favor of Plaintiffs and against Defendant.

4.    Following entry of default judgment, my office undertook various collection procedures to enforce the judgment.

5.    During this time, Defendant filed a Motion to Set Aside the Default Judgment and a Motion to Dismiss. My office was required to research, draft, and file oppositions to those motions.

6.    The following attorneys and legal professionals performed work on this matter at the following hourly rates after the Court's default judgment order on August 5, 2025, as of May 3, 2026:

| Timekeeper | Title | Hours | Hourly Rate |
|---|---|---|---|
| Jason C. Greaves | Partner | 11.6 | $525.00 |
| Peter A. Abernathy | Associate | 128.9 | $250.00 |
| Jared J. Roberts | Senior Associate | 7.6 | $425.00 |
| John C. Sullivan | Of Counsel | 3 | $700.00 |
| Shawnay Faircloth | Paralegal | 5.2 | $225.00 |
| Sophia Snead | Paralegal | 6.6 | $125.00 |

7.    The hourly rates charged in this matter range from $225.00 per hour to $700.00 per hour. Based on my experience and familiarity with prevailing market rates, these rates are reasonable and consistent with, or below, the rates customarily charged by attorneys and paralegals of comparable skill, experience, and reputation in this community for similar work.

8.    Since the entry of default judgment on August 5, 2025, attorneys and staff at my firm have collectively expended 162.9 hours on this matter. This time was reasonably and necessarily incurred in connection with post-judgment collection efforts and opposing Defendant's efforts to set aside default and dismiss the case.

9.    The total fees incurred for this work amount to **$45,640.00**.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated herein are true to the best of my knowledge and belief.

Executed this 4th day of May 2026, in Bradenton, Florida.

_Jared Roberts_

Jared J. Roberts