MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Defendant Jim Stewartson*

MCLETCHIE LAW

ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| KASHYAP P. PATEL, individually and on behalf of the KASH FOUNDATION, INC., the KASH FOUNDATION, INC. an Idaho Corporation, | **Case. No.: 2:23-cv-873-APG-NJK** |
|---|---|
| Plaintiffs, | **DECLARATION OF DEFENDANT JIM STEWARTSON IN SUPPORT OF SUPPLEMENTAL BRIEFING (ECF NO. 53)** |
| vs. | |
| JIM STEWARTSON, an individual, | |
| Defendant. | |

## DECLARATION OF DEFENDANT JIM STEWARTSON

I, Jim Stewartson, hereby declare that the following is true and correct under the penalties of perjury:

1.     I am over the age of 18 years, I am competent to testify as to the facts stated herein, and I have personal knowledge of the facts stated herein, except for those stated upon information and belief, and as to those, I believe them to be true.

2.     I have reviewed the Court's April 19, 2026, Order partially denying my motions to set aside default judgment dismiss. (ECF No. 53.)

3.     Regarding the Court's contentions regarding Plaintiffs' alleged attempt to serve me on June 15, 2023, at 1526 Steinhart Avenue in Redondo Beach, I was not the person who "answered the door identified themselves as the resident, said the subject of the complaint had moved, and slammed the door." Indeed, I do not know who allegedly answered the door, and I have no recollection of this alleged incident.

4.     I did not learn of the instant lawsuit on June 15, 2023, via this alleged

1

service attempt. Rather, I learned about it from third party social media posts bringing the lawsuit to my attention.

5. Despite my knowledge of the instant lawsuit, I did not believe I was required to appear because I did not believe that service had been effectuated upon me.

6. I have also been subjected to a Florida lawsuit from Michael Flynn for similar conduct—*i.e.*, exercising my First Amendment right to criticize his role in national and international politics.

7. Regarding the Flynn lawsuit, I knew that service was properly effectuated upon me in that matter, and therefore I dedicated significant portions of my limited time and resources to defending myself in that matter.

8. After I appeared in the Florida lawsuit, the Court vindicated my First Amendment rights by dismissing Flynn's suit against a co-defendant under Florida's anti-SLAPP statute, and Flynn subsequently dropped that lawsuit against me.

9. I decided not to appear in this matter not out of disrespect to the Court or in an effort to delay resolution of this matter, but to conserve my limited resources in defending the Flynn suit in which I had been properly served.

10. On or about August 15, 2025, I learned that the Court entered default judgment against me in the instant matter on August 5, 2025. I did not learn this from Plaintiffs or from the Court, but rather from a CNBC article: https://www.cnbc.com/2025/08/15/fbi-kash-patel-lawsuit-stewartson.html.

11. On or about August 19, 2025, I retained McLetchie Law to represent me in the instant matter.

12. Regarding my alleged contacts with Nevada, prior to the instant lawsuit, I have not physically been present in Nevada since 2016 when I attended a UFC event with my son in Las Vegas.

13. I posted all social media statements giving rise to the instant lawsuit from California.

14. When posting the social media statements giving rise to the instant lawsuit,

I did not care about Mr. Patel's (or his foundation's) alleged connections to Nevada, but intended to communicate about Mr. Patel's conduct on the national and international stage, including his roles with the Trump administration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 4th day of May, 2026.

/s/ Jim Stewartson
JIM STEWARTSON

MCLETCHIE LAW

ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

3